IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT PENNSYLVANIA

FILED
'06 FEB 10 P12:08
CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| LOCAL UNION ON. 459 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO, | |
| Plaintiff, | CASE NO. 04-347E |
| vs. | |
| PENNSYLVANIA ELECTRIC COMPANY, A FIRST ENERGY COMPANY, | **MOTION TO REOPEN CASE** |
| Defendant. | |

Now comes Defendant, Pennsylvania Electric Company, and hereby moves to reopen the instant case. This is requested for the limited purpose of correcting the record of a status conference held on April 28, 2005. The reasons this is necessary are set forth in a separate Motion being made with respect to the record on this date.

Respectfully submitted,

Todd A. Harpst (PA. I.D. #79821)
tharpst@ralaw.com
Gary W. Spring
gsrping@ralaw.com
Roetzel & Andress, LPA
222 South Main Street
Akron, OH 44308
Telephone: 330.376.2700
Facsimile: 330.376.4577

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon the following parties via regular U.S. Mail, postage prepaid this 9th day of February, 2006:

Marianne Oliver, Esq.
Gilardi Cooper & Lomupo
223 Fourth Ave., 10th Floor
Pittsburgh, PA  15222

_____
Attorney at Law

1324477.01.112763.0002



| | 222 SOUTH MAIN STREET |
|---|---|
| | AKRON, OH 44308 |
| | 330.849.6654 DIRECT |
| | 330.376.2700 MAIN |
| | 330.376.4577 FAX |
| | gspring@ralaw.com |

February 9, 2006

**VIA FEDERAL EXPRESS**

Clerk of Courts
U.S. District Court
Erie Division
17 South Park Row
Erie, Pennsylvania 16501

Re: Local Union No. 459 v. Pennsylvania Electric Company
Civil Action No.: 04-347E

Dear Clerk:

Enclosed with this letter please find an original and two copies of the following:

1. Motion to Reopen Case; and

2. Motion to Correct the Record.

Kindly file the originals and returned a time-stamped copy of same to the undersigned. A self-addressed stamped envelope is enclosed for your convenience.

Thank you for your prompt attention to this matter.

Sincerely,

Gary W. Spring

GWS/pamk
Enclosures
cc w/enc.: Marianne Oliver, Esq.
1235254/112763/0002