IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT PENNSYLVANIA

LOCAL UNION ON. 459 OF THE
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFL-CIO,

       Plaintiff,

vs.

PENNSYLVANIA ELECTRIC
COMPANY, A FIRST ENERGY
COMPANY,

       Defendant.

CASE NO.   04-347E

**ORDER GRANTING DEFENDANT'S MOTION TO REOPEN CASE**

Defendant's Motion to Reopen the case is hereby granted.

IT IS SO ORDERED.

_____
Judge

cc: Marianne Oliver, Esq.
   Gary W. Spring, Esq.

1324819.01.112763.0002