EXHIBIT B



A LEGAL PROFESSIONAL ASSOCIATION

222 SOUTH MAIN STREET
AKRON, OH 44308
330.849.6654 DIRECT
330.376.2700 MAIN
330.376.4577 FAX
gspring@ralaw.com

June 6, 2005

Marianne Oliver, Esq.
Gilardi Cooper & Lomupo
223 Fourth Ave., 10th Floor
Pittsburgh, PA 15222

Re: Local Union No. 459 v. Pennsylvania Electric Company
Civil Action No.: 04-347E

Dear Marianne:

As I mentioned to you in our recent telephone conversation, the transcript of our status conference has numerous errors. They are somewhat alarming in that I have identified 15 errors in 19 pages. Because this transcript could become important in defining what is the grievance that will be heard at arbitration, I would suggest that we agree to make revisions to the transcript either on our own or go back to the court reporter. I would note that these errors do not just impact one party but involve everyone who spoke that day. Please review the listing below and let me know if we are in agreement to correct them:

| Page | Line | Correction |
| --- | --- | --- |
| 2 | 15 | collective bargaining "unit" not collective bargaining "agreement" |
| 3 | 14 | abbreviated "grievance" not abbreviated "agreement" |
| 5 | 23 | collective bargaining "unit" not collective bargaining "agreement" |
| 6 | 8 | "ruse" not rouse |
| 8 | 2 | when they "refer" to a grievance or arbitration not when they "prefer to go" to a grievance or arbitration |
| 12 | 8 | If it's limited to that "grievance" instead of if it's limited to that "company" |
| 14 | 4 | the "Company" not the "Union" |

Marianne Oliver, Esq.
June 6, 2005
Page 2

| 15 | 11 | to "make changes" for the retirees not "a right to change" for the retirees |
|---|---|---|
| 16 | 4 | to "define" a grievance not to "find" a grievance |
| 16 | 25 | collective bargaining "unit" not collective bargaining "agreement" |
| 17 | 7 | member of the collective bargaining "unit" not collective bargaining "agreement" |
| 17 | 11 | If they stopped having actives sign this form today and disavowed having other actives sign it, I wouldn't be here. As opposed to if they stopped being active and the actives signed this form today, and disavowed any other active that they may sign it. I wouldn't be here. |
| 17 | 23 | what they "sign" as an active instead of what they "file" as an active |
| 18 | 4 | I "don't think" instead of "I think" |
| 18 | 6 | end "game" not end "gain" |

One you have had an opportunity to review these items against the transcript, please let me know where you stand on all this. Thank you for your cooperation in this matter.

Sincerely,

Gary W. Spring

GWS/pamk
cc:   Tim Hayes, Esq.
1267650/1/112763/0002