IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT PENNSYLVANIA

LOCAL UNION ON. 459 OF THE
INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFL-CIO,

            Plaintiff,

vs.

PENNSYLVANIA ELECTRIC
COMPANY, A FIRST ENERGY
COMPANY,

            Defendant.

CASE NO.   04-347E

**ORDER GRANTING DEFENDANT'S MOTION TO CORRECT THE TRANSCRIPT**

Defendant's Motion to Correct the Transcript of the proceedings held by the Court on April 28, 2005 is hereby granted. The transcript of proceedings previously prepared will be changed as follows:

| Page | Line | Correction |
| --- | --- | --- |
| 2 | 15 | collective bargaining "unit" not collective bargaining "agreement" |
| 3 | 14 | abbreviated "grievance" not abbreviated "agreement" |
| 5 | 23 | collective bargaining "unit" not collective bargaining "agreement" |
| 6 | 8 | "ruse" not rouse |
| 8 | 2 | when they "refer" to a grievance or arbitration not when they "prefer to go" to a grievance or arbitration |
| 12 | 8 | If it's limited to that "grievance" instead of if it's limited to that "company" |

| | | |
|---|---|---|
| 14 | 4 | the "Company" not the "Union" |
| 15 | 11 | to "make changes" for the retirees not "a right to change" for the retirees |
| 16 | 4 | to "define" a grievance not to "find" a grievance |
| 16 | 25 | collective bargaining "unit" not collective bargaining "agreement" |
| 17 | 7 | member of the collective bargaining "unit" not collective bargaining "agreement" |
| 17 | 11 | If they stopped having actives sign this form today and disavowed having other actives sign it, I wouldn't be here. As opposed to if they stopped being active and the actives signed this form today, and disavowed any other active that they may sign it. I wouldn't be here. |
| 17 | 23 | what they "sign" as an active instead of what they "file" as an active |
| 18 | 4 | I "don't think" instead of "I think" |
| 18 | 6 | end "game" not end "gain" |

IT IS SO ORDERED.

_____
Judge

cc:   Marianne Oliver, Esq.
      Gary W. Spring, Esq.

1324822.01.112763.0002