IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOCAL UNION NO. 459 OF THE INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, AFL-CIO | ) ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 04-347E |
| v. | ) ) ) | |
| PENNSYLVANIA ELECTRIC COMPANY, a First Energy Company | ) ) ) ) | |
| Defendant. | ) | |

### ORDER

AND NOW, this _____ day of _____, 2006, it is hereby ordered that the Defendant's Motion to Reopen the Case and Motion to Correct the Record are denied.

_____
J.